UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.   18-CR-00110

UNITED STATES OF AMERICA,

          Plaintiff,

v.

TRAVELL JONES,

          Defendant.

_____

## **MOTION TO WITHDRAW**

Undersigned counsel, Paul D. Petruzzi, respectfully requests that this Honorable Court enter an order permitting him to withdraw as counsel for Travell Jones. In support, undersigned counsel states as follows:

1. Undersigned was retained to represent Mr. Jones for trial purposes only. Mr. Jones's sentencing took place on July 19, 2019. (DE 216). The matter is now closed. Accordingly, undersigned is respectfully requesting that he be permitted to withdraw from this matter.

2. On July 27, 2019, undersigned spoke with Mr. Jones who advises that he will be contacting the Court to confirm that he has not retained undersigned for appeal and that he desires counsel to be appointed for appeal.

-2-

**WHEREFORE**, undersigned counsel, Paul D. Petruzzi, respectfully requests that this Honorable Court enter an order permitting him to withdraw as counsel for Travell Jones.

Respectfully submitted,

**LAW OFFICES OF PAUL D. PETRUZZI, P.A.**
8101 Biscayne Blvd.
Penthouse 701
Miami, FL 33138
Telephone: (305) 373-6773
Facsimile:   (305) 373-3832
Email: petruzzi-law@msn.com

By:   **/s/   Paul Petruzzi**
      **PAUL D. PETRUZZI, ESQ.**
      Florida Bar No. 982059

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 26, 2019, a true and correct copy of the foregoing was furnished by CM/ECF to all counsel of record.

By:   **/s/   Paul Petruzzi**
      **PAUL D. PETRUZZI, ESQ.**